AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gordon, Leo M. | U.S. Court of International Trade | 05/15/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Court of International Trade - Active | ☐ Nomination  Date  <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2013 <br> to <br> 12/31/2013 |

**7. Chambers or Office Address**

U.S. Court of International Trade
One Federal Plaza
New York, NY 10278

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Dean's Advisory Board - Emory University School of Law - Atlanta, GA |
| 2. | Executor | Estate of ▮▮▮▮ - Maplewood, NJ |
| 3. | Executor | Estate of ▮▮▮▮ . - Maplewood, NJ |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gordon, Leo M. | 05/15/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | Seton Hall University School of Diplomacy - South Orange, NJ - Teaching | $4,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | ▓▓▓▓▓▓▓▓▓▓▓ - Teaching - Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Emory University School of Law | 3/20/2013 | Atlanta, GA | Lecture | Transportation, and meals |
| 2. | Nat'l Customs Brokers and Forwarders Association of America | 4/6/2013-4/9/2013 | Rancho Mirage, CA | Nat'l Customs Brokers and Forwarders Assoc. of America Annual Conference - Mock Trial | Transportation, lodging, and meals |
| 3. | Emory University School of Law | 4/17/2013 | Atlanta, GA | Lecture | Transportation |
| 4. | Emory University School of Law | 4/18/2013-4/19/2013 | Atlanta, GA | Emory University School of Law - Dean's Advisory Board Meeting | Lodging and meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Gordon, Leo M. | 05/15/2014 |

| | | | | |
|---|---|---|---|---|
| 5. | Federal Judges Association | 4/23/2013-4/24/2013 | Washington, DC | Board Meeting | Transportation, lodging, and meals |
| 6. | Emory University School of Law | 10/24/2013-10/25/2013 | Atlanta, GA | Emory University School of Law - Dean's Advisory Board Meeting | Transportation, lodging, and meals |
| 7. | Judicial Exchange and Study Academy | 11/25/2013-11/26/2013 | Philadelphia, PA | AIEJ Conference - Lecture | Lodging and meals |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | Credit Card | J |
| 2. | Sallie Mae Servicing | Student Loans | K |
| 3. | Chase Card Services | Credit Card | K |
| 4. | Bank of America | Credit Line | J |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gordon, Leo M. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Verizon Communications - Common Stock | A | Dividend | J | T | | | | | |
| 2. ML Bank Deposit Program - Wells Fargo Bank, N.A. | A | Interest | J | T | | | | | |
| 3. ML Bank Deposit Program - Wells Fargo Bank, N.A. | A | Interest | J | T | | | | | |
| 4. Franklin Templeton - Temp Class A - World Fund - Mutual Fund | C | Dividend | L | T | | | | | |
| 5. Invesco VanKampen Amer. Cap. High Yield Mun. F. - Mutual Fun | B | Dividend | K | T | | | | | |
| 6. Disney - Common Stock | A | Dividend | J | T | | | | | |
| 7. Valley Nat'l Savings Bank - Savings Account | A | Interest | J | T | | | | | |
| 8. ING Security Life - Whole Life Insurance Policy | A | Interest | J | T | | | | | |
| 9. Apple - Common Stock | B | Dividend | L | T | | | | | |
| 10. Visa Inc. - Common Stock | B | Dividend | J | T | | | | | |
| 11. Stonebridge Life Ins. Co. - Whole Life Ins. Policy | A | Interest | J | T | | | | | |
| 12. Portage Minerals Inc. | | None | J | T | | | | | |
| 13. Bank of America - Savings Acct. | A | Interest | J | T | | | | | |
| 14. U.S. Treasury HH Bonds | | None | J | T | | | | | |
| 15. - GNMA - Bonds | A | Interest | J | T | | | | | |
| 16. -Franklin Templeton - High Inc. Tr. Fnd - Class A - Mut.Fund | A | Dividend | | | Buy | 08/16/13 | J | | |
| 17. -Amer. Funds -Wash. Mut.Investors Fund- Class A - Mut. Fund | A | Dividend | | | Buy | 08/16/13 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gordon, Leo M. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Estate #1 | D | Int./Div. | K | T | | | | | |
| 19. -U.S. Treasury EE Bonds | | | | | | | | | |
| 20. - AGE Bank Deposit Program - Wells Fargo Bank, N.A. | | | | | | | | | |
| 21. - GNMA - Bonds | | | | | Redeemed (part) | 04/22/13 | J | A | |
| 22. - Fed. Home Loan Mtg. Corp. - Bonds | | | | | | | | | |
| 23. - Fed. Home Loan Mtg. Corp. - Bonds (Y) | | | | | | | | | |
| 24. -Franklin Templeton - High Inc. Tr. Fnd - Class A - Mut.Fund | | | | | Sold | 08/16/13 | J | A | |
| 25. -Amer. Funds -Wash. Mut.Investors Fund- Class A - Mut. Fund | | | | | Sold | 08/16/13 | K | A | |
| 26. -Bank of America Checking Account | | | | | | | | | |
| 27. IRA #1 | D | Int./Div. | K | T | | | | | |
| 28. -AGE Bank Deposit Program - Wells Fargo Bank, NA | | | | | | | | | |
| 29. -Calamos Investment Trust New Convertible Fund - Mutual Fund | | | | | Sold (part) | 02/12/13 | J | A | |
| 30. -Calamos Investment Trust New Convertible Fund - Mutual Fund | | | | | Sold (part) | 10/29/13 | J | A | |
| 31. -Calamos Investment Trust New Growth Fund - Mutual Fund | | | | | Sold (part) | 04/29/13 | J | A | |
| 32. -Calamos Investment Trust New Growth Fund - Mutual Fund | | | | | Sold (part) | 10/29/13 | J | A | |
| 33. -Kinectics Mutual Fund Inc -Paradigm Fund - Mutual Fund | | | | | Sold (part) | 04/12/13 | J | A | |
| 34. -Kinectics Mutual Fund Inc -Paradigm Fund - Mutual Fund | | | | | Sold (part) | 04/29/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gordon, Leo M. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  -Kinectics Mutual Fund Inc -Paradigm Fund - Mutual Fund | | | | | Sold (part) | 10/29/13 | J | A | |
| 36.  -WHV Int'l Equity Fund - Class 1- Mutual Fund | | | | | Sold (part) | 04/29/13 | J | A | |
| 37.  -WHV Int'l Equity Fund - Class 1- Mutual Fund | | | | | Sold (part) | 10/29/13 | J | A | |
| 38.  -Pimco Real Return-Bond | | | | | Sold (part) | 04/29/13 | J | A | |
| 39.  -Pimco Real Return -Bond | | | | | Sold (part) | 10/29/13 | J | A | |
| 40.  -Wells Fargo Advantage Emerging Markets- Equity Fund Mut Fund | | | | | Sold (part) | 01/11/13 | J | A | |
| 41.  -Wells Fargo Advantage Emerging Markets- Equity Fund Mut Fund | | | | | Sold (part) | 04/30/13 | J | A | |
| 42.  -Wells Fargo Advantage Emerging Markets- Equity Fund Mut Fund | | | | | Sold (part) | 10/29/13 | J | A | |
| 43.  Estate #2 | B | Int./Div. | L | T | Closed | | | | |
| 44.  -General Motors-Bonds | | | | | Sold (part) | 05/08/13 | J | A | |
| 45.  -General Motors-Bonds | | | | | Sold (part) | 08/14/13 | J | A | |
| 46.  -AGE Bank Deposit Program - Wells Fargo Bank, NA | | | | | Sold | 08/22/13 | J | A | |
| 47.  Estate #3 | B | Int./Div. | L | T | | | | | |
| 48.  - Prudential Financial Inc. - Common Stock | | | | | Sold | 12/04/13 | J | A | |
| 49.  - Xerox Corp. - Common Stock | | | | | Sold | 12/04/13 | J | A | |
| 50.  - Apple - Common Stock | | | | | Sold | 12/04/13 | K | A | |
| 51.  Chubb Corp. - Common Stock (X) | | | | | Sold | 12/04/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gordon, Leo M. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Bank of America - Checking Account (X) | | | | | | | | | |
| 53. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gordon, Leo M. | 05/15/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I

Ln 1 Inadvertently omitted from prior report.


Part VII
Ln 15 Inadvertently omitted from prior report.

Lns 51-52 Inadverdently omitted from prior report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Leo M. Gordon**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544